**AFFIDAVIT**

1. I, Mickel McGann being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's Philadelphia Field Office. I have been a Special Agent with the FBI since 2024. I have received training in interviewing and interrogation techniques, arrest procedures, search and seizure, computer crimes, intellectual property and other white-collar crimes, search warrant applications, conducting physical surveillance, conducting short- and long-term undercover operations, consensual monitoring, analyzing telephone and electronic pen register and caller identification, system data, basic narcotics investigations, drug identification, detection, interdiction, United States narcotics laws, financial investigations, identification and seizure of drug related assets, undercover operations, and electronic and physical surveillance procedures at the Federal Bureau of Investigation Academy in Quantico, VA.

3. In addition to basic law enforcement training, I have also received training in the following areas: law, investigative techniques, surveillance, tactics, and firearms, the daily work related to conducting these types of investigations, interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, conducting physical surveillance, consensual monitoring, financial investigations, and undercover operations. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510; that is, an officer of the United States of America who is empowered to investigate and make arrests for offenses alleged in this warrant.

**PURPOSE OF AFFIDAVIT**

4.      This affidavit is made in support of a criminal complaint and arrest warrant for MAHADY SACKO for a violation of 52 U.S.C. § 20511(2)(B) (fraudulent voting) in the November 5, 2024, election for federal office.  As described in more detail below, SACKO is not a U.S. citizen, falsely represented that he was a U.S. citizen, and fraudulently voted in several federal elections, including specifically the November 5, 2024, election for federal office.  Based on the facts set forth in this affidavit, there is probable cause to believe that MAHADY SACKO violated 52 U.S.C. § 20511(2)(B).

5.      Title 52, United States Code, Section 20511(2)(B) provides that any person who "knowingly and willfully deprives, defrauds, or attempts to deprive or defraud the residents of a State of a fair and impartially conducted election process, by . . . casting ballots that are known by the person to be materially false, fictitious, or fraudulent under the laws of the State in which the election is held" shall be fined or imprisoned not more than 5 years, or both.  Under both federal and state law, only U.S. citizens are allowed to vote in Pennsylvania.  See 18 U.S.C. § 611; Pennsylvania Constitution, Article VII, Section 1.  As described below, a person must certify that he is a U.S. citizen in order to register to vote in Pennsylvania.  In this case, MAHADY SACKO was not a U.S. citizen, lied about being a U.S. citizen in order to register to vote, and therefore cast a fraudulent ballot under both federal and state law during the November 5, 2024, election for federal office.

6.      This Affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and

witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

### A.    Immigration Records

7.    According to the Department of Homeland Security ("DHS") databases, Mahady SACKO (DOB: 01/12/1976) is not a U.S. citizen.  Rather, he is a native and citizen of Mauritania.  He is assigned alien number A076101515.  He entered the United States in March 1998 in Miami, Florida.

8.    According to U.S. immigration records, on or about January 12, 1999, SACKO was served a Notice to Appear ("NTA"), placing him into removal proceedings.  On June 14, 2000, an Immigration Judge in Philadelphia, PA ordered SACKO removed from the United States back to Mauritania.  SACKO was present in Immigration Court for this decision. SACKO appealed the Immigration Judge's decision to the Board of Immigration Appeals ("BIA").  On November 14, 2002, the BIA dismissed SACKO's appeal and affirmed the decision of the Immigration Judge. However, SACKO did not depart the United States as ordered by the Immigration Judge.

9.    On or about January 12, 2007, SACKO was arrested in Philadelphia, PA by Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE/ERO"). However, SACKO did not have a current passport from Mauritania and ICE/ERO was unable to

obtain one for him.  As a result, ICE/ERO was unable to enforce the decision of the Immigration Judge and remove SACKO from the United States.  SACKO was placed on supervision with ICE/ERO, which required him to regularly report to their office as an alien under an order of deportation.

10.    Under the terms of his alien immigration supervision, SACKO has regularly reported to ICE/ERO.   Since 2011, SACKO reported to ICE/ERO on May 9, 2011, August 29, 2011, January 9, 2012, April 4, 2012, November 7, 2012, November 7, 2013, October 27, 2014, October 27, 2015, February 13, 2017, February 9, 2018, October 10, 2018, April 19, 2019, November 22, 2019, December 14, 2020, January 4, 2022, December 14, 2022, June 15, 2023, September 18, 2024, and September 5, 2025.

**B.    Voting Records**

11.    In April 2025, the Department of Homeland Security (DHS) Homeland Security Investigations (HSI) and Federal Bureau of Investigation (FBI) received information that MAHADY SACKO illegally voted in a federal election and subsequently initiated a criminal investigation.  As described below, there is probable cause to show that SACKO violated federal criminal law by illegally voting in the November 5, 2024, federal election in violation of 52 U.S.C. § 20511(2)(B).  Furthermore, SACKO's illegal conduct in 2024 was not an isolated incident but a pattern of illegal voting over the years by an alien under active immigration supervision.

12.    In May 2025, the investigators obtained SACKO's voting records for Philadelphia County from the Philadelphia City Commissioners (PCCO) and the Pennsylvania Department of State (DOS) via a subpoena.  Both the PCCO and DOS records showed MAHADY SACKO is an active registered voter in Pennsylvania.  According to these records, SACKO initially

4

registered to vote on January 24, 2005.  His current registration information includes his actual date of birth, a social security number ending in 5951, a driver's license number ending in 390, his current phone number, and his home address.[1]  All of this information is consistent with the actual known biographical information for SACKO.  As part of that registration process, the PCCO and DOS records show that SACKO falsely stated on numerous occasions that he was a U.S. citizen.

13.     PCCO and DOS voting records showed that SACKO voted in the following federal elections: (1) the 2008 general election, (2) the 2012 general election, (3) the 2016 primary election, (4) the 2016 general election, (5) the 2020 primary election, (6) the 2020 general election, and (7) the 2024 election for federal office.  SACKO voted in person for each of these elections, except for the 2020 primary election, in which he voted by mail.  On each occasion, SACKO falsely represented that he was a U.S. citizen.  The PCCO and DOS records further showed:

a.     On August 24, 2006, SACKO completed a paper registration application to register to vote in Pennsylvania.  On that form, SACKO falsely declared that he was a U.S. citizen.  He provided his date of birth and his address as 4013 Green St, 3FL, Philadelphia, PA. He then signed the form as follows:

---

[1]     SACKO's full date of birth, driver's license number, and home address are known to your affiant.

b.      On September 8, 2006, SACKO registered to vote in Pennsylvania through a voter registration drive.[2]  SACKO provided his date of birth and an address of 4013 Green St, Floor 3, Philadelphia, PA.  He then signed the form as follows:



c.      On November 3, 2008, SACKO registered to vote through the Pennsylvania Department of Transportation (PennDOT).[3]  SACKO provided his date of birth, a social security number ending in 5951, a driver's license number ending in 390, and an address of 4013 Green St, Floor 3, Philadelphia, PA.  He also noted a previous address of 4312 Chestnut St, Philadelphia PA 19104.

d.      On May 26, 2012, SACKO registered to vote through a paper voter registration application.  On the form, SACKO falsely claimed that he was a U.S. citizen. SACKO provided his date of birth, a social security number ending in 5951, and an address of 4605 Chester Avenue, #A3, Philadelphia, PA.  SACKO then signed the form as follows:



---

[2]      Voter registration drives in Pennsylvania may be conducted on paper or electronically. Through either process, voters must affirm that they are U.S. citizens in order to register to vote.

[3]      Voters seeking to register through PennDOT must affirm that they are U.S. citizens.

e.      On June 4, 2012, SACKO registered to vote in Pennsylvania through a voter registration drive. SACKO provided his date of birth, a social security number ending in 5951, and an address of 4605 Chester Avenue, Apt. A3, Philadelphia, PA. He also noted a prior address of 4013 Green St, Floor 3, Philadelphia, PA. He then signed the form as follows:



f.      On June 24, 2016, SACKO registered to vote by using a paper voter registration application. On that form, SACKO falsely claimed that he was a U.S. citizen. He provided his date of birth, a social security number ending in 5951, and an address of 4605 Chester Ave, Apt. A3, Philadelphia PA. SACKO then signed the form as follows:

Please sign full name (or put mark) / Firme su nombre completo (o ponga su ma

echa:        Month / Mes        Day / Día        Year / Año

g.      On June 29, 2016, SACKO registered to vote in Pennsylvania through a voter registration drive. SACKO provided his date of birth, a social security number ending in 5951, and an address of 4605 Chester Avenue, Apt. A3, Philadelphia, PA. SACKO then signed the form as follows:

7



h.      On December 28, 2016, SACKO registered to vote through PennDOT. SACKO provided his date of birth, the same driver's license number ending in 390, a social security number ending in 5951, and an address of 4135 Westminster Ave, Apt B, Philadelphia, PA.

i.      On April 9, 2019, SACKO registered to vote through PennDOT. SACKO provided his date of birth, the same driver's license number ending in 390, and his home address. On the form, he noted that his "old address" was 4135 Westminster Ave, Apt B, Philadelphia, PA.

j.      On September 18, 2020, SACKO completed a paper Pennsylvania Voter Registration Application. On that application, SACKO falsely certified that he was a U.S. citizen. SACKO provided a social security number ending in 5951,[4] his phone number, and his home address. SACKO then signed and certified the form as follows:

---

4       On this form, SACKO provided the correct month and day of his birth but provided an incorrect year for an unknown reason.

8

k.    On October 14, 2020, SACKO registered to vote in Pennsylvania. SACKO provided his date of birth, the same social security ending in 5951, his phone number, and his home address.  SACKO then signed the form as follows:



l.    Prior to the 2024 election, SACKO registered to vote through PennDOT on August 1, 2024.  As part of that registration process, SACKO again falsely claimed that he was a U.S. citizen.  SACKO provided his date of his birth, the same driver's license number ending in 390, his phone number, and his home address.  SACKO then signed the form as follows:



## C.    Other Evidence

14.    Based upon my training and experience and my personal observations, I have compared all the signatures above.  All the signatures for MAHADY SACKO pictured above appear consistent to me.  Furthermore, during this investigation, I have obtained additional signatures for SACKO, including:

a.    His 2013 vehicle registration from the Pennsylvania Department of Transportation:

9

Expiration Date

JAN 13 2013

028102679839000102600

082859204189118-001

I CERTIFY UNDER PENALTY OF LAW THAT ALL COMMERCIAL CERTIFICATIONS
AND INFORMATION CONTAINED HEREIN ARE TRUE AND CORRECT. I HEREBY
ACKNOWLEDGE THIS DAY THAT I HAVE RECEIVED NOTICE OF THE
PROVISIONS OF SECTION 3709 OF THE VEHICLE CODE (SEE ABOVE).

| Applicant Sign Here | X ʒACKO MAHADY |
| Telephone Number | (267) 575 2351 |

        b.     His 2021 vehicle registration from the Pennsylvania Department of

Transportation:

Expiration Date

JAN 31 2021

028102679839090102950

16282-9125-01494-6-001

I certify under penalty of law that all information contained herein is true
and correct. I hereby authorize the Social Security Administration to release to
the Department of Transportation information concerning my Social Security
Identification Number for the purpose of identification. If using a messenger
service, I hereby authorize the Department to furnish them with my driving record
for the purpose of processing this form. WARNING: Misstatement of fact
is a misdemeanor of the third degree punishable by a fine of up to
$2,500 and/or imprisonment up to 1 year (18 Pa. C.S. Section 4904(b)).

E APT A3

PA 19143

| Applicant Sign Here | X SACKO |
| Telephone Number 8:00 AM - 4:30 PM ET | (267) 8441677 |

        c.     His 2021 driver's license application from the Pennsylvania Department of

Transportation:

10



    d.      His 2025 driver's license application from the Pennsylvania Department of Transportation:

**Expiration Date**

**JAN 13 2025**

72810267983900010305D

2028492041748D6-001

I CERTIFY UNDER PENALTY OF LAW THAT ALL INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT. WARNING: MISSTATEMENT OF FACT IS A MISDEMEANOR OF THE THIRD DEGREE PUNISHABLE BY A FINE OF UP TO $2,500 AND/OR IMPRISONMENT UP TO 1 YEAR (18 Pa. C.S. Section 4904(b)).

Applicant Sign Here   X ＄A

Telephone Number (267) 844.14

    e.      Based upon my training and experience and my personal observations, I believe the signatures pictured above are consistent with the other signatures listed in the affidavit for SACKO.

## CONCLUSION

15.    Based on the above facts, there is probable cause to believe MAHADY SACKO is not a United States citizen, falsely represented himself to be a United States citizen, and fraudulently voted on November 5, 2024, in an election for federal office, in violation of 52 U.S.C. § 20511(2)(B) (fraudulent voting).  Because there is probable cause to authorize a

11

criminal complaint, I request an arrest warrant and criminal complaint be issued for MAHADY

SACKO.

/s/ Mickel McGann
Mickel McGann
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with
Fed. R. Crim. P. 4.1 and 41(d)(3) this 27th day of February 2026.

Digitally signed
by Elizabeth T.
Hey, U.S.M.J.
Date:
2026.02.27
12:19:27 -05'00'

_____

Honorable Elizabeth T. Hey
United States Magistrate Judge

12