## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO:    26-_____ |
| v. | : | DATE FILED:    _____ |
| MAHADY SACKO | : | VIOLATIONS: |
| | | 18 U.S.C. § 1015(f) (false statement |
| | : | of citizenship in order to vote – 1 |
| | | count) |
| | : | 52 U.S.C. § 20511(2)(A) (fraudulent |
| | | voter registration – 1 count) |
| | : | 52 U.S.C. § 20511(2)(B) (fraudulent |
| | | voting - 1 count) |
| | : | 18 U.S.C. § 611 (voting by alien – 1 |
| | | count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1.      Under both federal and state law, only U.S. citizens were and are allowed to vote in the Commonwealth of Pennsylvania. *See* 18 U.S.C. § 611; Pennsylvania Constitution, Article VII, Section 1. A person was and is required to certify that he is a United States citizen in order to register to vote in Pennsylvania.

2.      Defendant MAHADY SACKO was a citizen of Mauritania. He was not and is not a citizen of the United States of America. Defendant SACKO entered the United States in 1998 in Florida. In 1999, defendant SACKO was served a Notice to Appear by the U.S. immigration authorities, placing him in removal proceedings. In 2000, an immigration judge in Philadelphia ordered defendant SACKO removed from the United States back to Mauritania. Defendant SACKO was present in immigration court for this decision. Defendant SACKO appealed the immigration judge's decision to the Board of Immigration Appeals. On November

14, 2002, the Board of Immigration Appeals dismissed defendant SACKO's appeal and affirmed the decision of the immigration judge. However, defendant SACKO did not depart the United States as ordered by the immigration judge.

3.       On or about January 12, 2007, defendant MAHADY SACKO was apprehended by Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE/ERO"). However, ICE/ERO was unable to enforce the order of deportation and remove defendant SACKO from the United States, because defendant SACKO did not have a valid passport or travel documents from Mauritania. Defendant SACKO was then placed on supervision with ICE/ERO, which required him to regularly report to their office as an alien under an order of deportation.

4.       According to records from the Philadelphia City Commissioners ("PCCO") and the Pennsylvania Department of State ("DOS"):

a.       Defendant MAHADY SACKO initially registered to vote in Pennsylvania on or about August 24, 2006. On that form, defendant SACKO falsely declared that he was a U.S. citizen.

b.       On or about September 8, 2006, defendant SACKO registered to vote in Pennsylvania through a voter registration drive.

c.       On or about November 3, 2008, defendant SACKO registered to vote through the Pennsylvania Department of Transportation ("PennDOT").

d.       On or about May 26, 2012, defendant SACKO registered to vote through a paper voter registration application. On the form, defendant SACKO falsely claimed that he was a U.S. citizen.

e.       On or about June 4, 2012, defendant SACKO registered to vote in Pennsylvania through a voter registration drive.

2

f.      On or about June 24, 2016, defendant SACKO registered to vote by using a paper voter registration application. On that form, defendant SACKO falsely claimed that he was a U.S. citizen.

g.      On or about June 29, 2016, defendant SACKO registered to vote in Pennsylvania through a voter registration drive.

h.      On or about December 28, 2016, defendant SACKO registered to vote through PennDOT.

i.      On or about April 9, 2019, defendant SACKO registered to vote through PennDOT.

j.      On or about September 18, 2020, defendant SACKO completed a paper Pennsylvania Voter Registration Application. On that application, defendant SACKO falsely certified that he was a U.S. citizen.

k.      On or about October 14, 2020, defendant SACKO registered to vote in Pennsylvania by mail.

l.      On or about August 1, 2024, defendant SACKO registered to vote through PennDOT. As part of that registration process, defendant SACKO again falsely claimed that he was a U.S. citizen.

5.      PCCO and DOS voting records showed that defendant MAHADY SACKO voted in the following federal elections: (1) the 2008 general election, (2) the 2012 general election, (3) the 2016 primary election, (4) the 2016 general election, (5) the 2020 primary election, (6) the 2020 general election, and (7) the 2024 election for federal office. Defendant SACKO voted in person for each of these elections, except for the 2020 primary election, in which he voted by mail.

3

6. On or about November 5, 2024, defendant MAHADY SACKO appeared in person at his assigned polling place in Philadelphia, Pennsylvania, in order to cast a vote in the 2024 general election, which included the election for the offices of President and Vice President of the United States.

7. On or about November 5, 2024, defendant MAHADY SACKO signed the poll book next to his pre-printed name.

8. On or about November 5, 2024, defendant MAHADY SACKO cast a vote in the 2024 general election, which included the election for the offices of President and Vice President of the United States.

9. On or about August 1, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MAHADY SACKO**

knowingly made a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election.

In violation of Title 18, United States Code, Section 1015(f).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.      Paragraphs 1 through 8 of Count One are realleged here.

2.      On or about August 1, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### MAHADY SACKO

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement and submission of a voter registration application that was known by him to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania in an election for federal office. Specifically, defendant SACKO submitted a voter registration application he knew was fraudulent because on it he falsely claimed to be a United States citizen.

In violation of Title 52, United States Code, Section 20511(2)(A).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.    Paragraphs 1 through 8 of Count One are realleged here.

2.    On or about November 5, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### MAHADY SACKO

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement, casting, and tabulation of a ballot that was known by him to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania in an election for federal office. Specifically, in the 2024 election for United States President and Vice President, defendant SACKO cast a ballot that he knew was fraudulent because he was not a citizen of the United States.

In violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.      Paragraphs 1 through 8 of Count One are realleged here.

2.      On or about November 5, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**MAHADY SACKO,**

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in

part for the purpose of electing a candidate for the office of President, Vice President, and

Presidential elector.

In violation of Title 18, United States Code, Section 611.

**A TRUE BILL:**

_____ /FOR

**DAVID METCALF**
**United States Attorney**

*No.*

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

---

THE UNITED STATES OF AMERICA

vs.

MAHADY SACKO

---

INDICTMENT

Counts
18 U.S.C. § 1015(f) (1)
52 U.S.C. § 20511(2)(A) and (B)(1)
18 U.S.C. § 611 (1)

---

A true bill



---