**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 26-319** |
| | : | |
| | : | |
| **MAHADY SACKO** | : | |

**O R D E R**

**AND NOW**, this day of , 2026, the Court being advised that defense counsel needs more time to prepare for trial, and that the Government has no objection to the defendant's motion, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and (C), it is hereby **ORDERED** that the defendant's unopposed motion for continuance of trial is **GRANTED**.

Trial in this matter shall begin on the day of , 202 .

**BY THE COURT:**

__________________________________
**THE HONORABLE GEORGE A. McHUGH**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 26-319** |
| | : | |
| | : | |
| **MAHADY SACKO** | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR AT LEAST A**
**NINETY-DAY CONTINUANCE OF TRIAL**

Mahady Sacko, by and through his counsel, Douglas Helman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, comes before this Court and respectfully requests at least a ninety-day continuance of his trial. In support of this request, it is stated:

1. On July 30, 2026, Mr. Sacko was arraigned before the Honorable Pamela A. Carlos and entered a plea of not guilty to the instant indictment.

2. Trial in this matter is scheduled to commence on September 23, 2026.

3. The defense requests additional time to review discovery with Mr. Sacko, conduct necessary investigations and legal research, engage in negotiations toward a possible non-trial resolution, and otherwise prepare for trial.

4. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

5. Failure to grant this request for a continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(I).

6. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for preparing effectively to represent this defendant in this matter.

7. Counsel undersigned has advised Mr. Sacko of this continuance request, and Mr. Sacko is unopposed. A signed Speedy Trial Waiver is attached hereto.

8. Robert J. Livermore, Assistant United States Attorney, has advised counsel that he has no objection to this request.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted and the trial be continued.

Respectfully submitted,

*/s/ Douglas Helman*
DOUGLAS HELMAN
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

I, Douglas Helman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have caused a copy of Defendant's Unopposed Motion for a Continuance of Trial to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing System ("ECF") upon Robert J. Livermore, Assistant United States Attorney, United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

*/s/ Douglas Helman*
DOUGLAS HELMAN
Assistant Federal Defender

DATE: August 18, 2026